UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MICHAEL DAVIS**  :  Case No. C-1-00449
:
Plaintiff  :  Judge Weber
:  Magistrate Judge Hogan
:
:
vs.  :  **PROPOSED**
:  **SCHEDULING ORDER**
:
**FAIRFIELD COMMUNITIES**  :
:
Defendant  :
:

    Pursuant to the Court's order of July 14, 2003, the parties propose the following scheduling order:

(1) Cut-off for joining other parties and amendments of pleadings: October 1, 2003;

(2) Dates for disclosure of names; addresses and curriculum vitae of experts:
    Plaintiff: November 1, 2003;

    Defendant: January 1, 2004;

(3) Discovery cut-off: February 1, 2004;

(4) A joint status report will be filed: February 15, 2004;

(5) Cut-off for dispositive motions: March 15, 2004;

(6) Joint Final Pretrial Order to be filed: August 1, 2004;

(7) The parties will be ready for trial: September 1, 2004.

2

       Respectfully submitted,


_____
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio  45202
(513) 241-8137
Attorney for Plaintiff


_____
Deborah Brenneman - 0062113
Carey A. Greiner- 0073012
Thompson, Hine & Flory, LLP
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45202
(513) 352-6638
Attorneys for Defendant