UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Davis,
    Plaintiff,

    v.                          Case No. C-1-00-449
                               (Weber, Sr.J.;, Hogan, M.J.)

Fairfield Communities,
    Defendant.

---

**NOTICE**

---

    Please take notice that the above-captioned case has been set for a scheduling conference regarding the parties' proposed scheduling order (Doc. 20) before the Honorable Timothy S. Hogan on:

        Thursday, September 18, 2003, at 9:30 am
        Room 706 Potter Stewart U.S. Courthouse

        Timothy S. Hogan
        United States Magistrate Judge


        s/Barbara A. Crum
        Courtroom Deputy

cc:    All Counsel
bac    September 5, 2003