UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Davis,
    Plaintiff,

    v.      Case No. C-1-00-449
             (Weber, Sr.J.;, Hogan, M.J.)

Fairfield Communities,
    Defendant.

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for leave to amend complaint: **October 1, 2003**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff identify primary experts: **November 1, 2003**
    Defendant rebuttal for identifying primary experts: **January 1, 2004**

3. Discovery deadline: **February 1, 2004**

4. Dispositive motion deadline: **March 15, 2004**

5. Final pretrial conference: **August 2004**\*

6. Trial: **September 2004**\*


Date   9/18/2003                     s/Timothy S. Hogan  
                                                                      Timothy S. Hogan
                                                                        United States Magistrate Judge

\*The specific dates will be assigned by the District Court