**United States District Court**
**Southern District of Ohio**
**Western Division**

FILED
KENNETH J. MURPHY
CLERK

03 OCT -9 AM 11: 47

... COURT
... IST OHIO
WEST ... CINCINNATI

Michael G. Davis,
            Plaintiff                                    No C-1-00-449.


vs.                                                    Judge Weber

                                                      Mediator: Robert Laufman, Esq.
Fairfield Communities,                                Address: 1409 Enquirer Bldg.
            Defendants                                617 Vine St..
                                                      Cincinnati, Ohio 45202

## NOTICE OF MEDIATION CONFERENCE

This case has been referred for mediation and is hereby set for a settlement conference on November 20, 2003 at 9:00 a.m..   Please report to the Clerks Office, Room 324 Potter Stewart United States Courthouse, on the day of the conference for your room assignment.

In order to maximize the likelihood of meaningful settlement negotiations at the conference, it is required that:

1.    The trial attorney for each party, and the **principal with settlement authority, must attend the settlement conference;**

2.    No later than two weeks prior to the conference, each plaintiff must submit to the mediator and to counsel for all opposing parties a fully documented, written settlement demand; and

3.    No later than one week prior to the conference, each opposing party must

1

provide to the mediator and to each opposing party a written response to each settlement demand, fully documenting that party's position.

Lack of discovery or settlement authority will not be accepted as an excuse for failure to negotiate. Failure to negotiate openly and knowledgeably about the case in a mutual effort to reach a fair and reasonable settlement may result in the imposition of sanctions.

All settlement discussions will be subject to Federal Evidence Rule 408.

In the event of an unavoidable scheduling conflict, please contact your mediator and all other counsel to agree upon a new date and time. Then notify Anne Hendrickson, (513) 564-7514 of any such change.

Assignment of a case to mediation in no way affects trial and pretrial settings already established by the Court.

Date: _____           Kenneth J. Murphy, Clerk
                          Kenneth J. Murphy,
                                Clerk