# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVIS**, | : | Case No. C-1-00449 |
| Plaintiff, | : | Judge Weber |
| vs. | : | Magistrate Hogan |
| **FAIRFIELD COMMUNITIES**, | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendant. | : | |

Please take notice that Theodore C. Copetas (Attorney No. 0068419) of Thompson Hine LLP, 312 Walnut Street, 14th Floor, Cincinnati, OH 45202 is hereby substituted as counsel for Defendant, Fairfield Communities, in the above-captioned matter in the place and stead of Carey A. Greiner (Attorney No. 0073012).

Respectfully submitted,

/s/ Theodore C. Copetas
Deborah S. Brenneman  (0062113)
Theodore C. Copetas (0068419)
Thompson Hine LLP
312 Walnut Street, 14th Floor
Cincinnati, OH  45202
Phone:  513-352-6700
Fax:  513-241-4771

Trial attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

David Torchia
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, OH 45202

                                              /s/ Theodore C. Copetas

455439